# CIRCUIT COURT OF THE CITY OF ALEXANDRIA

Gantt

    v.

Kay Management, Inc.

September 12, 1986

Case No. (Law) 9367

**By JUDGE DONALD H. KENT**

This matter came before the Court upon the plaintiff's motion for a default judgment and upon the defendant's motion for leave to file responsive pleadings.

The Court finds that the defendant failed to respond previously due to an inadvertent omission; that the defendant was not engaged in dilatory tactics; and that an extension would not prejudice the plaintiff.

[The defendant] will be granted ten days from the date of this letter within which to file responsive pleadings.